UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MARK A. HAFNER, <br>     Plaintiff, <br><br> v. <br><br> DAVID B. BECKLEY and <br> RANDALL WEDDLE, <br>     Defendants. | ) <br> ) <br> ) <br> )    Case No. 1:20-cv-00024 <br> ) <br> )    Judge Campbell <br> )    Magistrate Judge Holmes <br> ) |

### MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Mark A. Hafner ("Hafner") moves this Honorable Court to continue the Initial Case Management Conference (the "ICMC") in the above referenced case from June 19, 2020 at 2:30 p.m. to another date in July. Hafner files this Motion for two (2) reasons: (i) the undersigned Counsel is unavailable at the newly scheduled time on June 19, 2020 and (ii) the parties may be able to resolve the case before the ICMC. In support of this Motion, Hafner would state as follows:

1. The ICMC was originally set for June 19, 2020 at 11am, but was continued to June 19, 2020 at 2:30pm by the Magistrate Judge;

2. The undersigned Counsel is unavailable at the new time on June 19, 2020;

3. Hafner made the Defendants aware of this lawsuit and the Defendants have engaged counsel in Kentucky;

4. The undersigned counsel delivered the Summons and Complaint to the Defendants' attorneys in Kentucky by email, but has not yet been able to accomplish proper service on the Defendants;

5. The parties have engaged in settlement discussions and appear close to a resolution;

6. If settlement is not reached in the next week, the Defendants have informed Hafner that they will engage local counsel; and

7. Since the Defendants have not engaged local counsel, the parties have not been able to confer on a joint case management order.

Since settlement is probable over the next week, it would save time, effort, and judicial resources to continue the ICMC until a later date in July to allow the parties additional time to resolve the case. The Defendants' Kentucky attorneys are not opposed to this motion. If the case is not resolved by the parties by June 26, 2020, Hafner will notify the Magistrate Judge's Courtroom Deputy and request another date for the ICMC, giving the Defendants sufficient time to engage local counsel.

Accordingly, pursuant to this Court's order on June 2, 2020 (D.E. 6), Hafner respectfully requests the Court continue the ICMC until a later date.

Respectfully submitted,

*/s/ Charles M. Cain, II*
Charles M. Cain, II (#25301)
219 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 599-1785
Facsimile: (615) 724-1848
Email: ccain@cain-law.com
*Attorney for Mark A. Hafner*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2020, a copy of the foregoing *Motion to Continue the Initial Case Management Conference* was served through the Court's electronic filing system and by U.S. Mail First Class, post-prepaid, to the following:

David B. Beckley
c/o Aaron Hostettler
Hamm, Milby & Ridings, PLLC
120 N. Main Street
London, KY 40741
aaron@hmrkylaw.com

David B. Beckley
500 Butler Blvd.
Wilmore, KY 40390

Randall Weddle
c/o Scott M. Webster
Tooms, Dunaway & Webster
P.O. Box 905
London, KY 40743-0905
swebster@toomsdunaway.com

Randall Weddle
509 Perry Drive
Nicholasville, KY 40356

*/s/ Charles M. Cain, II*
CHARLES M. CAIN, II