UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MARK A. HAFNER, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00024 |
| ) | |
| DAVID B. BECKLEY and ) | Judge Campbell |
| RANDALL WEDDLE, ) | Magistrate Judge Holmes |
|     Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Mark A. Hafner ("Hafner"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby provides notice of the dismissal of this action, with prejudice.

Respectfully submitted,

*/s/ Charles M. Cain, II*
Charles M. Cain, II (#25301)
219 Third Avenue North
Franklin, Tennessee 37064
Telephone:   (615) 599-1785
Facsimile:    (615) 724-1848
Email:        ccain@cain-law.com
*Attorney for Mark A. Hafner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of June, 2020, a copy of the foregoing *Notice of Voluntary Dismissal* was served through the Court's electronic filing system and by U.S. Mail First Class, post-prepaid, to the following:

David B. Beckley
c/o Aaron Hostettler
Hamm, Milby & Ridings, PLLC
120 N. Main Street
London, KY 40741
aaron@hmrkylaw.com

David B. Beckley
500 Butler Blvd.
Wilmore, KY 40390

Randall Weddle
c/o Scott M. Webster
Tooms, Dunaway & Webster
P.O. Box 905
London, KY 40743-0905
swebster@toomsdunaway.com

Randall Weddle
509 Perry Drive
Nicholasville, KY 40356

 */s/ Charles M. Cain, II*
CHARLES M. CAIN, II